No. 4,672.—JAMES H. HOLT, APPELLANT, *v.* LEWISTOWN STATE BANK ET AL., RESPONDENTS.

*Appeal from District Court, Fergus County; Roy E. Ayers, Judge.*

Decided January 8, 1921.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal herein is dismissed.

*Mr. Chas. J. Marshall, Mr. R. S. Harrington* and *Mr. G. C. Gee,* for Appellant.

*Messrs. Belden & De Kalb* and *Mr. Merle C. Groene,* for Respondents.

---

No. 4,265.—CRAIG CORNELL, RESPONDENT, *v.* ESTELLA MURRAY ET AL., APPELLANTS.

*Appeal from District Court, Madison County; Wm. A. Clark, Judge.*

Decided January 8, 1921.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled action is dismissed as settled.

*Mr. C. W. Robinson* and *Mr. M. M. Duncan,* for Appellants.

*Messrs. Lew L. & E. J. Callaway,* for Respondent.